**EXHIBIT A**

FILED
Amy Hunley
CLERK, SUPERIOR COURT
03/20/2020 1:35PM
BY: B.ACOSTA
DEPUTY

Case No.: S0200CV202000158
HON.: DAVID THORN

1   **BUSBY, BELL & BIGGS, P.C.**
    **1241 EAST PRINCE ROAD**
2   **TUCSON, ARIZONA 85719**
    **TELEPHONE - 520-293-0344**
3   **FACSIMILE - 520-293-8347**
    **EMAIL - MIKE@BUSBYLAW.COM**
4

5   **MICHAEL J. BELL**
    **Pima County Computer No. 3488**
    **Arizona State Bar No. 009020**
6   **Attorney for Plaintiff**

7

8         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

              **IN AND FOR THE COUNTY OF COCHISE**
9

10   SHAWN FIMBRES, in his sole and separate )    **NO.**
    right;                                )
11                                     )
                  Plaintiff,      )
12                                     )    **COMPLAINT**
    vs.                                )
13                                     )
    RICHARD   BOULAY   and   JANE   DOE )  **(Tort Motor Vehicle)**
14   BOULAY, husband and wife; JOHN ROES )
    and JANE ROES 1-10,              )
15                                     )
                  Defendants.    )
16

17           Plaintiff, for his cause of action against the Defendants, alleges as follows:

18                                     **I**

19           Plaintiff is a resident of Cochise County, Arizona.  All events giving rise to

20   this cause of action occurred in Cochise County, Arizona.

21                                     **II**

22           The action plead qualifies as a Tier 2 case.

23

24

25

### III

That at all material times, Defendant RICHARD BOULAY was acting on behalf of the marital community consisting of himself and JANE DOE BOULAY.

### IV

That JOHN ROES and JANE ROES 1-10 are husband and wife who caused the events to occur in Arizona which are the basis of this complaint; that the true identities of JOHN ROES and JANE ROES 1-10 are not now known but their names will be substituted upon discovery.

### V

On or about the 29th day of March, 2018, Plaintiff SHAWN FIMBRES was traveling west on 4th Street in Benson, Arizona.

### VI

At approximately the same time, Defendant RICHARD BOULAY operated a motor vehicle on State Route 80 when he failed to stop at a stop sign, causing a collision with the vehicle Plaintiff SHAWN FIMBRES was driving.

### VII

That Defendant RICHARD BOULAY owed a duty of care to Plaintiff SHAWN FIMBRES.

### VIII

That Defendant RICHARD BOULAY operated the vehicle which he was driving in a reckless and negligent manner, breaching the duty owed and causing a collision with the vehicle that Plaintiff SHAWN FIMBRES was driving.

2—

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

### IX

As a direct result of the negligent acts of Defendant RICHARD BOULAY, Plaintiff SHAWN FIMBRES, suffered bodily injury, pain and suffering, and other injuries.

### X

As a further result of the negligent acts of Defendant RICHARD BOULAY, Plaintiff SHAWN FIMBRES incurred medical expenses and other expenses in a sum not yet ascertained.

WHEREFORE, Plaintiff prays judgment be entered in his favor and against the Defendants, RICHARD BOULAY and JANE DOE BOULAY, jointly and severally, in an amount that is just and reasonable, for his costs incurred, and for such other and further relief as the court deems just and proper.

DATED this ___20th___ day of _March_, 2020.

BUSBY, BELL & BIGGS, P.C.

By _/s/ Michael J. Bell_____
MICHAEL J. BELL
1241 East Prince Road
Tucson, Arizona 85719
Attorneys for Plaintiff

F:\DOCS\FimbSh18\PLEAD\Complaint.wpd

3—

# EXHIBIT B

Person/Attorney Filing: Michael J Bell
Mailing Address: 1241 E. Prince Road
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520) 293-0344
E-Mail Address: mike@busbylaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009020, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCHISE

Shawn Fimbres
Plaintiff(s),
v.
Richard Boulay, et al.
Defendant(s).

Case No.   S0200CV202000155

**SUMMONS**

To: Richard Boulay

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 4 Ledge Avenue, Bisbee, Arizona 85603 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of COCHISE

SIGNED AND SEALED this date: *March 20, 2020*

*Amy Hunley*
Clerk of Superior Court

By: *BACOSTA*
Deputy Clerk



AZturboCourt.gov Form Set #4439514

**EXHIBIT C**

FILED
Amy Hunley
CLERK, SUPERIOR COURT
03/20/2020 1:15PM
BY: RACOSTA
DEPUTY

Case No.: S0200CV202000158
HON. DAVID THORN

Person/Attorney Filing: Michael J Bell
Mailing Address: 1241 E. Prince Road
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520) 293-0344
E-Mail Address: mike@busbylaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009020, Issuing State: AZ

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCHISE

Shawn Fimbres
Plaintiff(s),
v.
Richard Boulay, et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Cochise County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Michael J Bell /s/
Plaintiff/Attorney for Plaintiff

**EXHIBIT D**

FILED
Amy Hunley
CLERK, SUPERIOR COURT
06/04/2020  2:52PM
BY: PBRYA
DEPUTY

1   **BUSBY, BELL & BIGGS, P.C.**
    **1241 EAST PRINCE ROAD**
2   **TUCSON, ARIZONA 85719**
    **TELEPHONE - 520-293-0344**
3   **FACSIMILE - 520-293-8347**
    **EMAIL - MIKE@BUSBYLAW.COM**
4
    **MICHAEL J. BELL**
5   **Pima County Computer No. 3488**
    **Arizona State Bar No. 009020**
6   **Attorney for Plaintiff**

7

8
                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                    **IN AND FOR THE COUNTY OF COCHISE**
10
    SHAWN FIMBRES, in his sole and separate )    NO.  S0200CV202000158
11  right;                                   )
                                             )
12           Plaintiff,                       )
                                             )    **MOTION TO EXTEND TIME**
13  vs.                                      )    **FOR SERVICE OF SUMMONS**
                                             )    **AND COMPLAINT**
14  RICHARD   BOULAY   and   JANE   DOE )
    BOULAY, husband and wife; JOHN ROES )
15  and JANE ROES 1-10;                      )
                                             )
16           Defendants.                      )    **(Assigned to Hon. David Thorn)**
    _____ )
17
             COMES NOW the Plaintiff, by and through his attorneys, BUSBY, BELL
18
    & BIGGS, P.C., by MICHAEL J. BELL, and for the reasons set forth in the attached
19
    Memorandum of Points and Authorities, respectfully moves this court for an order
20
    extending the time for process to be served upon Defendants RICHARD BOULAY and
21
    JANE DOE BOULAY.
22
                **MEMORANDUM OF POINTS AND AUTHORITIES**
23
             This action arose from an accident occurring on or about the 29th day of
24
    March, 2018 on 4th Avenue and State Route 80 in Benson Arizona. Plaintiff was
25
    approaching the hill on 4th Avenue towards State Route 80 when Defendant Richard Boulay

1  failed to stop at the stop sign causing  a collision. The Defendants were in Arizona on

2  vacation from Canada. The Benson Police Department Call Detail Report lists the

3  defendant driver as driving a Ford with a Canada plate and indicates the defendant driver

4  is Richard Boulay from Quebec Canada.

5            Plaintiff filed suit March 20, 2020.  The Defendant is a Canadian citizen who

6  will need to be served in Canada.  Investigation by the office of the undersigned after suit

7  was filed indicated defendant's address is 2100 Ave Terry-Fox, Laval, QC H7T 3B8,

8  Canada.  Thereafter,  the undersigned spoke with the adjuster for the insurance company

9  insuring the Canadian citizen about their insured accepting service.  Waiver of service

10  documents were sent to the adjuster.  The undersigned also began making inquiries about

11  serving process via means of the Hague Convention. The adjuster later indicated that their

12  insured would not accept/waive service and expected to be served under the Hague rules.

13  Accordingly, Defendants will need to be served with the summons and complaint in

14  accordance with the Hague Convention.

15            The undersigned has been in contact with ABC Legal Services out of Seattle

16  Washington who assist attorneys with accomplishing service on individuals in foreign

17  countries in accordance with the Hague Convention and was told the court papers would

18  likely have to all be translated into French because of the Canadian province in which

19  Defendants lived. The undersigned was also told the completion of this type of service of

20  process on the defendants would likely  take 4 to 6 months to complete.

21

22  Defendant, being a Canadian citizen will need to be served under Rule 4.2( i  ) (1) which

23  states:

24            Unless federal law provides otherwise, an individual-other
          than a minor, an incompetent person, or a person whose
25            waiver has been filed under Rule 4.2(d) - may be served at a
          place not within any judicial district of the United States:

1        (1) by an internationally agreed means of service that is
    reasonably calculated to give notice, such as those authorized
2   by the Hague Convention on the Service Abroad of Judicial
    and Extrajudicial Documents;
3

4        Normally there would be a limit of 90 days to serve a lawsuit under 16 A.R.S.

5   Arizona Rules of Civil Procedure Rule 4 ( i ), but service on an individual under the Hague

6   convention would take longer than 90 days and it appears that is why the 90 day service

7   requirement does not apply to Rule 4.2( i ).

8
         16 A.R.S. Arizona Rules of Civil Procedure Rule 4 ( i ) states:
9

10       If service of the summons and complaint is not made upon a
    defendant within 90 days after the filing of the complaint, the
    court, upon motion or on its own initiative after notice to the
11  plaintiff, shall dismiss the action without prejudice as to that
    defendant or direct that service be effected within a specified
12  time; provided that if the plaintiff shows good cause for the
    failure, the court shall extend the time for service for an
13  appropriate period. **This subdivision does not apply to
    service in a foreign country pursuant to Rule 4.2 ( i ), (j),**
14  **(k) and (l) of these rules.** (Emphasis added)

15       Plaintiff hereby notifies the court of the means it will need to employ to serve

16  the defendants living in a foreign country and of the need for an additional 6 months to

17  serve Defendants if an extension of time is necessary to serve individuals in a foreign

18  country.

19
         In Sholem, M.D. v Gass in and for County of Maricopa, 460 P. 3d 273 (2020)
20
    the Arizona Supreme Court held that a trial court must extend the time for accomplishing
21
    service of process beyond the 90 days limit, providing the plaintiff could show good cause
22
    for needing more than 90 days. The Court in Sholem, M.D. at 460 P. 3d at 276 stated:
23

24       We hold that under rule 4 ( i ), if a plaintiff shows good cause
    for failing to serve a defendant within ninety days, a court is
    required to extend time for service. However, Rule 4 ( i ) also
25  allows a court, in its discretion, to extend the period of service
    without a plaintiff showing good cause.

In the case at bar, Plaintiff would not have sufficient time to serve Defendants by means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents within 90 days after filing the lawsuit due to the length of time it takes to accomplish such service. Accordingly, Plaintiff requests an additional 6 months in which to obtain proper service of process on Defendants RICHARD BOULAY and JANE DOE BOULAY.

DATED this ___4th___ day of __June_____, 2020.

BUSBY, BELL & BIGGS, P.C.

By __/s/ Michael J. Bell_____
     MICHAEL J. BELL
     1241 East Prince Road
     Tucson, Arizona 85719
     Attorneys for Plaintiff

F:\DOCS\FimbSh18\PLEAD\Mot to Extend Time to Serve.wpd

4—

**EXHIBIT E**

FILED
Amy Hunley
CLERK, SUPERIOR COURT
06/24/2020  8:13AM
BY: VBARTON
DEPUTY

1  BUSBY, BELL & BIGGS, P.C.
   1241 EAST PRINCE ROAD
2  TUCSON ARIZONA 85719
   TELEPHONE - 520-293-0344
3  FACSIMILE  - 520-293-8347
   EMAIL - MIKE@BUSBYLAW.COM
4
5  MICHAEL J. BELL
   Pima County Computer No. 3488
6  Arizona State Bar No. 009020
   Attorney for Plaintiff
7
8            IN THE SUPERIOR COURT OF THE STATE OF ARIZIONA
                IN AND FOR THE COUNTY OF COCHISE
9
10 SHAWN FIMBRES, in his sole and separate right;   NO.  S0200CV202000158

11            Plaintiff,                           ORDER
   vs.                                            TO EXTEND TIME
12                                                 FOR SERVICE OF SUMMONS
                                                   AND COMPLAINT
13 RICHARD BOULAY and JANE DOE BOULAY,
   husband and wife; JOHN ROES and JANE ROES
14 1-10;                                           (Assigned to Hon. David Thorn)
            Defendants.
15
16         Pursuant to the Motion to Extend  Time for Service of Summons and Complaint,

17    and good cause showing therefore;

           IT IS ORDERED that the time to accomplish service in this matter be extended
18
   to December 30, 2020_.
19

20

21                                                   _____
                                                                        | dWCaSIV.
22

23

24

25

# EXHIBIT F

Person/Attorney Filing: Michael J Bell
Mailing Address: 1241 E. Prince Road
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520) 293-0344
E-Mail Address: mike@busbylaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009020, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCHISE

Shawn Fimbres
Plaintiff(s),                                    Case No.   S0200CV202000158
v.
Richard Boulay, et al.                    **SUMMONS**
Defendant(s).

To: Jane Doe Boulay

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to <u>Clerk of the Superior Court, 4 Ledge Avenue, Bisbee,
    Arizona 85603 or electronically file your Answer through one of Arizona's approved
    electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCHISE

SIGNED AND SEALED this date:*March 20, 2020*

*Amy Hunley*
Clerk of Superior Court

By:*BACOSTA*
Deputy Clerk



AZturboCourt.gov Form Set #4435134

2

**EXHIBIT G**

Person/Attorney Filing: Michael J Bell
Mailing Address: 1241 E. Prince Road
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520) 293-0344
E-Mail Address: mike@busbylaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009020, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCHISE

Shawn Fimbres
Plaintiff(s),
v.
Richard Boulay, et al.
Defendant(s).

Case No.   S0200CV202000158

**SUMMONS**

To: Jane Roes 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 4 Ledge Avenue, Bisbee, Arizona 85603 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCHISE

SIGNED AND SEALED this date:*March 20, 2020*

*Amy Hunley*
Clerk of Superior Court

By:*BACOSTA*
Deputy Clerk



# EXHIBIT H

Person/Attorney Filing: Michael J Bell
Mailing Address: 1241 E. Prince Road
City, State, Zip Code: Tucson, AZ 85719
Phone Number: (520) 293-0344
E-Mail Address: mike@busbylaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009020, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCHISE

Shawn Fimbres
Plaintiff(s),                                    Case No.   S0200CV202000158
v.
Richard Boulay, et al.                           **SUMMONS**
Defendant(s).

To: John Roes 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 4 Ledge Avenue, Bisbee,
    Arizona 85603 or electronically file your Answer through one of Arizona's approved
    electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCHISE

SIGNED AND SEALED this date:*March 20, 2020*

*Amy Hunley*
Clerk of Superior Court

By:*BACOSTA*
Deputy Clerk



AZturboCourt.gov Form Set #4435134

2